1  CHRISTOPHER ASHWORTH (SBN 54889)
   SILICON VALLEY LAW GROUP
2  A Law Corporation
   25 Metro Drive, Suite 600
3  San Jose, CA  95110
   Telephone:  (408) 573-5700
4  Facsimile:   (408) 573-5701

5  Attorneys for Plaintiff,

**E-FILING**

**ADR**

**Filed**

JAN 2 4 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH A. ZACK, an individual, | Case No. C08 00545 |
| Plaintiff, | PLAINTIFF'S CERTIFICATION OF INTERESTED PARTIES PURSUANT TO FRCP 7.1 AND L.R. 3-16 |
| v. | |
| GARY P. MCKAE, an individual; CYNTHIA MCKAE, an individual; and Does  through ; inclusive, | |
| Defendants. | |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

DATED: January 24, 2008

SILICON VALLEY LAW GROUP
A Law Corporation

By: _____
CHRISTOPHER ASHWORTH
Attorneys for Plaintiff

PLAINTIFF'S CERTIFICATION AS TO INTERESTED PARTIES
1