**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DEBORAH A. ZACK,                                   No. C 08-00545 (JCS)

        Plaintiff(s),

                                         CLERK'S NOTICE

  v.

GARY P. MCKAE, ET AL.,

        Defendant(s).
_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the Initial Case Management Conference before Magistrate Judge Spero previously noticed for May 2, 2008, at 1:30 p.m., has been reset to **May 9, 2008, at 1:30 p.m.,** Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. The joint updated case management conference statement shall be due by May 2, 2008.  Any party requesting a continuance shall submit a stipulation and proposed order.

Dated: February 4, 2008

                                                 FOR THE COURT,
                                                 Richard W. Wieking, Clerk

                                       by: _____
                                               Karen L. Hom
                                               Courtroom Deputy