1
2
3
4
5
6              UNITED STATES DISTRICT COURT
7              NORTHERN DISTRICT OF CALIFORNIA
8
DEBORAH A. ZACK,
9                                              No. C 08-00545 JCS
10         Plaintiff(s),               **CONSENT TO PROCEED BEFORE A
                                       UNITED STATES MAGISTRATE JUDGE**
11    v.
GARY P. MCKAE, et al.
12
13         Defendant(s).
                                      /
14

15       CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

16       In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party

17  hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further

18  proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the

19  judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

20

21  Dated: February 5, 2008                    _____
                                               Signature
22
                                               Counsel for  Plaintiff, Deborah Zack
23                                             (Plaintiff, Defendant or indicate "pro se")
24
25
26
27
28