| Attorney Or Party Without Attorney (Name and Address): | Telephone: | FOR COURT USE ONLY |
|---|---|---|
| CHRISTOPHER ASHWORTH #54889<br>SILICON VALLEY LAW GROUP<br>25 METRO DRIVE, SUITE 600<br>SAN JOSE, CA 95110 | 408-573-5700 | |
| Attorneys for: PLAINTIFF | Ref. No. Or File No.<br>267976 | |

Insert name of court, judicial district and branch court, if any:
UNITED STATES COURT-SAN JOSE
UNITED STATES DISTRICT COURT-SAN JOSE

Plaintiff:
DEBORAH A. ZACK

Defendant:
GARY P. MCKAE

| **PROOF OF SERVICE** | Date: | Time: | Dept/Div: | Case Number:<br>C08 00545 JCS |
|---|---|---|---|---|

I, Ronald Harris, Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, a Citizen of the United States, over the age of eighteen, and not a party to the within action;

I served the: CIVIL CASE COVER SHEET; SUMMONS; COMPLAINT; PLAINTIFF'S CERTIFICATION OF INTERESTED PARTIES; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; CASE MANAGEMENT CONFERENCE ORDER; ALL MAGISTRATE JUDGES UNIFORM STANDING ORDER FOR MOTION PRACTICE; DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL; ORDER OF THE CHIEF JUDGE

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

Defendant              : CYNTHIA MCKAE

By Serving             : GARY MCKAE, CO-OCCUPANT

Address                : 505 MOORE ROAD, WOODSIDE, CA 94062
Date & Time            : Thursday, February 7, 2008 @ 7:24am
Witness fees were      : Not applicable.

Person serving:                          a. Fee for service: $85.00
Ronald Harris                            d. Registered California Process Server
**PROFESSIONAL LEGAL SERVICES, INC.**       (1) Employee or independent contractor
P.O. Box 669, San Jose, CA 95106            (2) Registration No.: 401
408-280-0700    Fax 408-280-7121            (3) County: San Mateo
                                            (4) Expires:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: February 12, 2008               Signature: _____
                                                    Ronald Harris



CHRISTOPHER ASHWORTH #54889
SILICON VALLEY LAW GROUP
25 METRO DRIVE, SUITE 600
SAN JOSE, CA 95110
Telephone: 408-573-5700
Attorneys for: PLAINTIFF

United States Court-San Jose
United States District Court-San Jose

Plaintiff(s)  : DEBORAH A. ZACK
Defendant(s) : GARY P. MCKAE

Hearing Date:
Time:        Dept.

Invoice No. 267976        **DECLARATION RE DILIGENCE**        Case No. C08 00545 JCS

I RONALD HARRIS        , and any employees or independent contractors retained by
Professional Legal Services, Inc. are and were on the dates mentioned herein over the age of eighteen years
and not a party to this action. Personal service was attempted on

**CYNTHIA MCKAE**

(3) Alternate Address : ,
(2) Business Address  : ,
(1) Residence Address: 505 MOORE ROAD, Woodside, Ca 94062

Date and time of attempt(s):

2/03/08 - 9:05AM  NO ANSWER AT THE GATE
2/06/08 - 6:00PM  NO ANSWER AT THE GATE
2/07/08 - 7:24AM  SUBJECT UNAVAILABLE, DOCUMENTS SUB-SERVED TO GARY MCKAE, CO-OCCUPANT.

This Declaration is based upon business records maintained in the normal course of business
I declare under penalty of perjury under the laws of the State of California that the foregoing is
true and correct.
Executed on February 12, 2008        Signature:_____
                                             Ronald Harris

Printed on recycled paper **Professional Legal Services, Inc.**, P.O. Box 669, San Jose, CA  95106   408-280-0700  fax-280-7121

| Attorney Or Party Without Attorney: | | | | |
|---|---|---|---|---|
| CHRISTOPHER ASHWORTH #54889<br>SILICON VALLEY LAW GROUP<br>25 METRO DRIVE, SUITE 600<br>SAN JOSE, CA 95110 | 408-573-5700 | | | FOR COURT USE ONLY |
| Attorneys for: PLAINTIFF | Ref. No. Or File No.: 267976 | | | |

Insert name of court, judicial district and branch court, if any:
UNITED STATES COURT-SAN JOSE
UNITED STATES DISTRICT COURT-SAN JOSE

Plaintiff:
DEBORAH A. ZACK

Defendant:
GARY P. MCKAE

| **POS BY MAIL** | Date: | Time: | Dept/Div: | Case Number: C08 00545 JCS |
|---|---|---|---|---|

At the time of service I was at least 18 years of age and not a party to this action.
On February 8, 2008, I served the within:

CIVIL CASE COVER SHEET; SUMMONS; COMPLAINT; PLAINTIFF'S CERTIFICATION OF INTERESTED PARTIES; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; CASE MANAGEMENT CONFERENCE ORDER; ALL MAGISTRATE JUDGES UNIFORM STANDING ORDER FOR MOTION PRACTICE; DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL; ORDER OF THE CHIEF JUDGE

on the defendant in the within action by placing a true copy in a sealed envelope with postage fully prepaid for first class in the United States mail at San Jose, California, addressed as follows:

CYNTHIA MCKAE
505 MOORE ROAD
WOODSIDE, CA 94062

650-743-7249

Person serving:
ROSE PENA
**PROFESSIONAL LEGAL SERVICES, INC.**
P.O. Box 669, San Jose, CA 95106
408-280-0700    Fax 408-280-7121

a. Fee for service: $85.00
d. Registered California Process Server
   (1) Employee or independent contractor
   (2) Registration No.:
   (3) County:
   (4) Expires:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: February 12, 2008            Signature: _____
                                              ROSE PENA

Printed on recycled paper                         Judicial Council form, rule 982(a) (23)