| Attorney Or Party Without Attorney (Name and Address) | Telephone: | FOR COURT USE ONLY |
|---|---|---|
| CHRISTOPHER ASHWORTH #54889<br>SILICON VALLEY LAW GROUP<br>25 METRO DRIVE, SUITE 600<br>SAN JOSE, CA 95110 | 408-573-5700 | |
| Attorneys for: PLAINTIFF | Ref. No. Or File No.<br>267975 | |

Insert name of court, judicial district and branch court, if any:
UNITED STATES COURT-SAN JOSE
UNITED STATES DISTRICT COURT-SAN JOSE

Plaintiff:
DEBORAH A. ZACK

Defendant:
GARY P. MCKAE

| PROOF OF SERVICE | Date: | Time: | Dept/Div: | Case Number:<br>C08 00545 JCS |
|---|---|---|---|---|

I, Ronald Harris, Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, a Citizen of the United States, over the age of eighteen, and not a party to the within action;

I served the: CIVIL CASE COVER SHEET; SUMMONS; COMPLAINT; PLAINTIFF'S CERTIFICATION OF INTERESTED PARTIES; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; CASE MANAGEMENT CONFERENCE ORDER; ALL MAGISTRATE JUDGES UNIFORM STANDING ORDER FOR MOTION PRACTICE; DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL; ORDER OF THE CHIEF JUDGE

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

Defendant          : GARY P. MCKAE

By Serving         : GARY P. MCKAE

Address            : 505 MOORE ROAD, WOODSIDE, CA 94062
Date & Time        : Thursday, February 7, 2008 @ 7:24am
Witness fees were  : Not applicable.

Person serving:                          a. Fee for service: $71.50
Ronald Harris                            d. Registered California Process Server
**PROFESSIONAL LEGAL SERVICES, INC.**       (1) Employee or independent contractor
P.O. Box 669, San Jose, CA 95106            (2) Registration No.: 401
408-280-0700    Fax 408-280-7121            (3) County: San Mateo
                                            (4) Expires:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: February 12, 2008                  Signature: _____
                                                    Ronald Harris

