**United States District Court**
For the Northern District of California

1
2
3
4                    UNITED STATES DISTRICT COURT
5                   NORTHERN DISTRICT OF CALIFORNIA
6
7    DEBORAH A. ZACK,                          No. C 08-00545 (JCS)
8              Plaintiff(s),
                                              CLERK'S NOTICE
9         v.
10   GARY P. MCKAE, ET AL.,
11             Defendant(s).
     _____/
12
13   TO ALL PARTIES AND COUNSEL OF RECORD:
14
15   YOU ARE NOTIFIED THAT the Initial Case Management Conference before Magistrate Judge
16   Spero previously noticed for May 9, 2008, at 1:30 p.m., has been advanced to **THE SAME DAY, at**
17   **9:30 a.m.,** Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.
18
19   Dated:  May 7, 2008
20                                    FOR THE COURT,
                                      Richard W. Wieking, Clerk
21
22                                    by: _____
                                            Karen L. Hom
23                                          Courtroom Deputy
24
25
26
27
28