# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# **CIVIL MINUTE ORDER**

**CASE NO.** C 08-00545 JCS

**CASE NAME:** DEBORAH A. ZACK v. GARY P. MCKAE, ET AL.

| | |
|---|---|
| **MAGISTRATE JUDGE JOSEPH C. SPERO** | **COURTROOM DEPUTY**: Karen Hom |
| **DATE**: May 9, 2008    **TIME: 3 mins** | **COURT REPORTER**: Not recorded |
| **COUNSEL FOR PLAINTIFF:**<br>Chris Ashworth | **COUNSEL FOR DEFENDANT:**<br>Richard Palencher |

**PROCEEDINGS:**          **RULING:**

1. Case Management Conference          Held

**ORDERED AFTER HEARING:**

Any party may appear telephonically at the next case management conference. Any party wishing to appear by phone shall e-file a letter one (1) week prior to the hearing date with a contact phone number. The Court will initiate the phone contact.

**ORDER TO BE PREPARED BY:**     ( ) Plaintiff     ( ) Defendant     (X) Court

**CASE CONTINUED TO:**  05/23/08 at 1:30 p.m., for a further case mgmt conference re: settlement.

| | | |
|---|---|---|
| Number of Depos: | Number of Experts: | Discovery Cutoff: |
| Expert Disclosure: | Expert Rebuttal: | Expert Discovery Cutoff: |
| Motions Hearing:    at 9:30 a.m. | | Pretrial Conference:    at 1:30 p.m. |
| Trial Date:    at 8:30 a.m.  ( )Jury  ( )Court    Set for    days | | |

**cc:** Chambers; Karen
\* (T) = Telephonic Appearance