United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH A. ZACK, | Case No. C08-00545 JCS |
| Plaintiff(s), | |
| v. | **CASE MANAGEMENT AND PRETRIAL ORDER** |
| GARY P. MCKAE, ET AL., | |
| Defendant(s). | |

Following a case management conference held on **May 9, 2008,**

IT IS HEREBY ORDERED THAT a further case management conference regarding settlement is set for **May 23, 2008, at 1:30 p.m.** Any party may appear telephonically at the next case management conference. Any party planning to appear by phone shall electronically file a letter one (1) week prior to the hearing date with a contact phone number. The contact phone number must be a land line and no speaker phone is allowed. The Court will initiate the phone contact.

IT IS SO ORDERED.

Dated: May 12, 2008

_____
JOSEPH C. SPERO
United States Magistrate Judge

cmcpto 512-8.wpd