# SILICON VALLEY LAW GROUP
A LAW CORPORATION

May 16, 2008

*Via Electronic Case Filing*

Magistrate Judge Joseph C. Spero
Clerk of the Court
U. S. District Court, N. District
450 Golden Gate Avenue
San Francisco, CA 94102

    Re:    ***Zack v. McKae, et al.***
            **N. District Court Civil Case No. C 08-00545 JCS**
            **Request for Telephonic Appearance for Further CMC**

Dear Magistrate Judge Spero and Clerk:

    Pursuant to the Civil Minute Order filed on May 9, 2008, this letter serves as my request, as counsel for plaintiff Deborah Zack, to appear telephonically at the further Case Management Conference Re: Settlement which is currently set for May 23, 2008 at 1:30 p.m. before the Court in the above-entitled action. For the Court initiated phone call, please contact me at (408) 573-5700, ext. 5731.

                                 Very truly yours,

Dated: May 19, 2008            SILICON VALLEY LAW GROUP
                                 A Law Corporation



                                 By: /s/ Christopher Ashworth
                                      Christopher Ashworth

                                       Attorneys for Plaintiff,
                                       DEBORAH ZACK

10234829