# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# <u>CIVIL MINUTE ORDER</u>

**CASE NO.: 08-0545 JCS**

**CASE NAME: Deborah A. Zack v. Gary P. McKae, et al.**

**MAGISTRATE JUDGE JOSEPH C. SPERO**

**COURTROOM DEPUTY:  Frank Justiliano**

**DATE:     5/23/08   TIME:   2:42 - 3:00 p.m.    COURT REPORTER: None**

| **<u>COUNSEL FOR PLAINTIFF:</u>** | **<u>COUNSEL FOR DEFENDANT:</u>** |
|---|---|
| **Dawn Houston appeared telephonically.** | **Richard Palenchar, present** |

---

### <u>PROCEEDINGS</u>

X   FURTHER CASE MANAGEMENT CONFERENCE - HELD.

NOTES: The parties represented that they have entered into a stipulation for dismissal.   The Court reserves jurisdiction to enter judgment.   Order of dismissal with prejudice to follow.

CC:      Chambers; Karen