**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DEBORAH A. ZACK,                                          No. C 08-00545 JCS

          Plaintiff(s),

     v.                                                **ORDER OF DISMISSAL
                                                          WITH PREJUDICE**

GARY P. MCKAE, ET AL.,

          Defendant(s).
_____/

       The Court having been advised that the parties have entered into a stipulation for dismissal of this case,

       IT IS HEREBY ORDERED that this case is dismissed with prejudice.  The Court reserves jurisdiction to enter judgment pursuant to the stipulation entered into by the parties.  The clerk is directed to close the case.

       IT IS SO ORDERED.

Dated: May   27   , 2008

_____
JOSEPH C. SPERO
United States Magistrate Judge